IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATERN, INC. | § § | |
| v. | § § | Case No. 2:10-CV-133-JRG-RSP |
| STAPLES, INC., ET AL. | § § | |

### ORDER

Before the Court are Defendants' Letter Brief Regarding Summary Judgment (Dkt. No. 249) and Motion to Stay (Dkt. No. 228).

Defendants' request for leave to file a motion for summary judgment, made in their Letter Brief dated June 27, 2013 (Dkt. No. 249), is **GRANTED**, and Defendants are **ORDERED** to file the motion by 12:00 noon on July 3, 2013. The motion must not exceed 10 pages, and Defendants should include with the motion a copy of the New York Court's Claim Construction Order. Plaintiffs must file any response by 12:00 noon on July 8, 2013.

With regard to Defendants' Motion to Stay, the Court finds no material change in circumstances since the last time this Court denied Defendants' request for a stay. (*See* Dkt. No. 213.) Thus, the Motion to Stay (Dkt. No. 228) is **DENIED**. The Court will hear argument on the effect of the injunction issued in New York at the Markman hearing.

**SIGNED this 1st day of July, 2013.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE