IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATATERN, INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>STAPLES, INC., *et al.*,<br><br>                    Defendants. | Civil Case No.: **No. 2:10-cv-133-MHS-CMC**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SETTLEMENT

The plaintiff, DataTern, Inc. ("Plaintiff"), and defendants, Sears Holding Corp., Sears Roebuck and Co. and Staples, Inc. ("Defendants"), have resolved their differences and will move the Court dismiss Plaintiff's claims against those Defendants as soon as documentation is complete.

        Respectfully submitted,

         /s/ Steven E. Aldous
        Steven E. Aldous
        State Bar No. 00982100
        FORSHEY PROSTOK, LLP
        500 Crescent Court, Suite 240
        Dallas, Texas 75201
        Phone:  (214) 716-2100
        Fax:  (214) 716-2115
        saldous@forsheyprostok.com

        *Attorney for DataTern, Inc.*

**CERTFICATE OF SERVICE**

      I hereby certify that on December 2, 2014, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                                                    _/s/Steven E. Aldous_